UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IVAN SPEED,<br><br>    Defendant.<br>_____<br><br>And Reassigned Cases:<br><br>United States v. David Madlock & Matthew Mumphry, CR 14-643 RS<br>United States v. Latonya Carey, CR 15-004 MMC<br>United States v. Chrystal Anthony, CR 15-005 CRB<br>United States v. Darell Powell, CR 15-006 WHA<br>United States v. Darlene Rouse, CR 15-027 VC<br>United States v. Acacia McNeal, CR 15-028 CRB<br>United States v. Anita Dixon & Erwin Mackey, CR 15-043 WHA<br>United States v. Erwin Mackey, CR 15-138 WHA<br>United States v. Aaron Mathews, CR 15-049 WHA<br>United States v. Nijah Reed, CR 15-050 RS<br>United States v. Tiana Reddic, CR 15-052 WHA<br>United States v. Tiffany Cross, CR 15-059 CRB<br>United States v. Sholanda Adams, CR 15-070 VC | Case No. CR 13-00753 EMC<br><br>**ORDER REASSIGNING CASES** |

    The Executive Committee has determined that these cases, which includes one case previously related to one of them, although not themselves technically related within the meaning of Crim. L.R. 8-1, should be assigned to one judge in the interest of avoiding duplication of effort and conserving judicial resources and to enable efficient case management in light of the stated intent of the Federal Public Defender and CJA counsel

1  to file motions to dismiss for selective prosecution based on the same evidentiary record
2  in each of the above-entitled cases.  The Executive Committee has also determined that
3  in light of the nature of the motion and the potential need for judicial involvement in case
4  management before the motion is actually filed, the reassignment should occur
5  immediately.  Accordingly, the above-entitled cases are hereby REASSIGNED to Judge
6  Edward Chen.  Should a selective prosecution motion not be filed in any of these cases
7  by a date to be set by Judge Chen, the case will be reassigned back to the transferor
8  judge.
9       **IT IS SO ORDERED.**
10 Dated: April 27, 2015

_____
PHYLLIS J. HAMILTON
Chief District Judge for the
Executive Committee